

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT
CHAMBERS OF
JUDGE D. BROOKS SMITH

ALLEGHENY PROFESSIONAL CENTER
1798 OLD ROUTE 220 NORTH
SUITE 203
DUNCANSVILLE, PA 16635
(814) 693-0570

July 29, 2007

Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re:    Honorable D. Brooks Smith
       Calendar Year 2007 Filing

Dear Judge Smith:

The following are the required responses to your request dated July 2, 2008:

Part VII, page 14
       a.     Line 16: Travelcenters of America LLC
              i.      Travelcenters of America LLC was a spin off from Hospitality
       Properties Trust on February 1, 2007.  Hospitality Properties Trust was
       listed on the 2006 report on Page 8 of 10, line 71.  Travelcenters of
       America LLC was subsequently sold on February 15, 2008.

Si

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. **Person Reporting** (last name, first, middle initial)  Smith, D. Brooks | 2. **Court or Organization**  Third Circuit Court of Appeals | 3. **Date of Report**  05/15/2008 |
|---|---|---|
| 4. **Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Judge-Active | 5a. **Report Type** (check appropriate type)  ☐ Nomination, Date  ☐ Initial ✔ Annual ☐ Final  5b. ☐ Amended Report | 6. **Reporting Period**  01/01/2007 to 12/31/2007 |
| 7. **Chambers or Office Address**  US Court of Appeals, Ste 203 1798 Old Route 220N Duncansville, PA 16635 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Truetee | Mount Aloysius College, Cresson, PA |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 13 A 11: 57 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Reliance Bank - Vice President, Commercial Lending - Salary ● |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | William and Mary Law School | 05/18/2007 - 05/20/2007 | Williamsburg, ▼A | Graduation Speech | Travel, food and lodging |
| 2. | New York Law School | 09/08/2007 - 09/10/2007 | New York, NY | Moot Court Competition | Travel, food and lodging |
| 3. | Cornell Law School | 10/20/2007 - 10/22/2007 | Ithica, NY | Moot Court Competition | Lodging |
| 4. | Ave Maria Law School | 11/15/2007 - 11/07/2007 | Ann Arbor, MI | Moot Court Competition | Travel and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2008 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Reliance Bank Certificate of Deposit● | A | Interest | K | T | Buy | 12/21 | K | | |
| 2. FNB Corp (common)● | A | Dividend | J | T | | | | | |
| 3. Fifth Third Bancorp ● | A | Dividend | J | T | | | | | |
| 4. AST Capiral Growth Asset Allocation●1 | D | Dividend | M | T | | | | | |
| 5. AST Balanced Asset Allocation●1 | D | Dividend | M | T | | | | | |
| 6. M&T Bank (common)● | C | Dividend | M | T | | | | | |
| 7. M&T Bank 401(K) ● | D | Dividend | K | T | | | | | |
| 8. Reliance bank 401(K)● | A | Int./Div. | L | T | | | | | |
| 9. Northwestern Mutual Life Ins(Universal Life Policies) | B | Dividend | M | T | | | | | |
| 10. Altria Group Incorporated 2 | A | Dividend | J | T | Buy | 04/19 | J | | |
| 11. | A | Dividend | J | T | Buy | 05/30 | J | | |
| 12. Ameren Corp 2 | A | Dividend | J | T | | | | | |
| 13. ANI S P A Sponsored ADR(Italy) 2 | A | Dividend | J | T | Buy | 03/09 | J | | |
| 14. BB&T Corporation 2 | A | Dividend | J | T | Buy | 08/24 | J | | |
| 15. | A | Dividend | J | T | Buy | 08/27 | J | | |
| 16. | A | Dividend | J | T | Buy | 09/10 | J | | |
| 17. BP PLC Sponsored ADR(United Kingdom) 2 | A | Dividend | J | T | Buy | 03/02 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | A | Dividend | J | T | Buy | 03/12 | J | | |
| 19. | A | Dividend | J | T | Buy | 06/11 | J | | |
| 20. Bank of America Corporation 2 | A | Dividend | J | T | Buy | 01/11 | J | | |
| 21. | A | Dividend | J | T | Buy | 02/06 | J | | |
| 22. | A | Dividend | J | T | Buy | 02/07 | J | | |
| 23. | A | Dividend | J | T | Buy | 04/30 | J | | |
| 24. | A | Dividend | J | T | Buy | 06/11 | J | | |
| 25. BCE Incorporated Com New 2 | A | Dividend | | | Sold | 05/04 | J | A | |
| 26. | A | Dividend | | | Sold | 05/03 | J | A | |
| 27. Bristol Myers Squibb Company 2 | A | Dividend | J | T | Buy | 10/08 | J | | |
| 28. | A | Dividend | J | T | Buy | 10/09 | J | | |
| 29. | A | Dividend | J | T | Buy | 10/19 | J | | |
| 30. Citizens Communications Company 2 | A | Dividend | J | T | Buy | 08/28 | J | | |
| 31. Consolidated Edison 2 | A | Dividend | | | Sold | 08/03 | J | A | |
| 32. | A | Dividend | | | Sold | 08/29 | J | A | |
| 33. | A | Dividend | | | Buy | 04/05 | J | | |
| 34. Duke Energy Company New 2 | A | Dividend | J | T | Buy | 11/07 | J | | |

| 1. Income Gain Codes: | A –$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | A | Dividend | J | T | Buy | 11/13 | J | | |
| 36. Fifth Third Bancorp 2 | A | Dividend | J | T | Buy | 04/30 | J | | |
| 37. | A | Dividend | J | T | Buy | 05/01 | J | | |
| 38. | A | Dividend | J | T | Buy | 06/11 | J | | |
| 39. First Horizon National Corporation 2 | A | Dividend | | | Sold | 11/14 | J | A | |
| 40. France Telecom Sponsored ADR(France) 2 | A | Dividend | J | T | Buy | 06/01 | J | | |
| 41. | A | Dividend | J | T | Buy | 06/11 | J | | |
| 42. Heinz H J Company 2 | A | Dividend | J | T | Buy | 10/19 | J | | |
| 43. | A | Dividend | J | T | Buy | 11/09 | J | | |
| 44. Keycorp New 2 | A | Dividend | | | Sold | 01/11 | J | A | |
| 45. | | | | | Sold | 01/12 | J | A | |
| 46. | | | | | Sold | 01/19 | J | A | |
| 47. | | | | | Sold | 01/22 | J | A | |
| 48. | | | | | Sold | 01/23 | J | A | |
| 49. Kraft Foods Incorporated Class A 2 | A | Dividend | J | T | Buy | 11/08 | J | | |
| 50. | A | Dividend | J | T | Buy | 11/13 | J | | |
| 51. National City Corp 2 | A | Dividend | | | Sold | 11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. New York Cmnty Bancorp Incorporated 2 | A | Dividend | J | T | Buy | 04/02 | J | | |
| 53. | A | Dividend | J | T | Buy | 04/03 | J | | |
| 54. | A | Dividend | J | T | Buy | 06/11 | J | | |
| 55. Nisource Inc 2 | A | Dividend | | | Sold | 01/17 | J | A | |
| 56. Packaging Corp America 2 | A | Dividend | | | Sold | 06/01 | J | A | |
| 57. | | | | | Sold | 06/04 | J | A | |
| 58. | | | | | Sold | 06/05 | J | A | |
| 59. Peoples Energy Inc 2 (Merged with Integrys Energy Group) | A | Dividend | | | Merger | 02/22 | J | A | |
| 60. Integrys Energy Group 2 (Formerly Peoples Energy Inc) | A | Dividend | J | T | Merger | 02/22 | | | |
| 61. Pinnacle West Cap Corporation 2 | A | Dividend | J | T | | | | | |
| 62. Progress Energy Inc 2 | A | Dividend | J | T | | | | | |
| 63. Regal Entertainment Group Class A 2 | A | Dividend | J | T | Buy | 07/05 | J | | |
| 64. | A | Dividend | J | T | Buy | 07/06 | J | | |
| 65. | A | Dividend | J | T | Buy | 07/09 | J | | |
| 66. Reynolds American Inc 2 | A | Dividend | J | T | | | | | |
| 67. Southern Company 2 | A | Dividend | J | T | Buy | 11/08 | J | | |
| 68. Telecom Corp NZ Ltd 2 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   UST Inc 2 | A | Dividend | J | T | | | | | |
| 70.   United Utilities PLC 2 | A | Dividend | J | T | | | | | |
| 71. | A | Dividend | J | T | Buy | 06/11 | J | | |
| 72.   Windstream Corporation 2 | A | Dividend | J | T | Buy | 01/16 | J | | |
| 73. | A | Dividend | J | T | Buy | 01/17 | J | | |
| 74. | A | Dividend | J | T | Buy | 01/1/ | J | | |
| 75. | A | Dividend | J | T | Buy | 04/02 | J | | |
| 76. | A | Dividend | J | T | Buy | 04/03 | J | | |
| 77. | A | Dividend | J | T | Buy | 06/11 | J | | |
| 78.   First Indusstrial Realty Tr 2 | A | Dividend | | | Sold | 08/29 | J | A | |
| 79. | | | | | Sold | 04/23 | J | A | |
| 80.   HRPT Property Trust 2 | A | Dividend | | | Sold | 04/05 | J | A | |
| 81. | | | | | Sold | 04/09 | J | A | |
| 82. | A | Dividend | | | Buy | 06/11 | J | | |
| 83. | | | | | Sold | 08/31 | J | A | |
| 84.   Health Care Realty Trust 2 | A | Dividend | | | Sold | 03/13 | J | A | |
| 85. | | | | | Sold | 03/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Hospitality Properties Tr 2 | A | Dividend | | | Sold | 04/23 | J | A | |
| 87. | | | | | Sold | 08/31 | J | A | |
| 88.  Nationwide Health Properties 2 | A | Dividend | | | Sold | 02/09 | J | A | |
| 89. | | | | | Sold | 02/12 | J | A | |
| 90.  Senior Housing Properties Tr 2 | A | Dividend | | | Sold | 03/13 | J | A | |
| 91. | | | | | Sold | 03/14 | J | A | |
| 92. | | | | | Sold | 03/15 | J | A | |
| 93.  Allied Cap Corporation 2 | A | Dividend | | | Sold | 11/14 | J | A | |
| 94. | A | Dividend | | | Sold | 11/14 | J | A | |
| 95. | A | Dividend | | | Sold | 11/14 | J | A | |
| 96. | A | Dividend | | | Sold | 11/14 | J | A | |
| 97. | A | Dividend | | | Sold | 11/14 | J | A | |
| 98.  Coamerica Incorporated 2 | A | Dividend | J | T | | | | | |
| 99.  Deutsche Telekom AG 2 | A | Dividend | J | T | | | | | |
| 100. | A | Dividend | J | T | Buy | 06/11 | J | | |
| 101.  Enel Societa Per Azioni ADR 2 | A | Dividend | J | T | | | | | |
| 102. | A | Dividend | J | T | Buy | 03/08 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | A | Dividend | J | T | Buy | 06/11 | J | | |
| 104. Gallagher Arthur J & Company 2 | A | Dividend | J | T | | | | | |
| 105. | A | Dividend | J | T | | | | | |
| 106. | | | | | Sold-Part | 10/11 | J | A | |
| 107. | | | | | Sold-Part | 10/12 | J | A | |
| 108. Kingfisher PLC 2 | A | Dividend | J | T | Sold-Part | 04/23 | J | A | |
| 109. | A | Dividend | J | T | Sold-Part | 05/22 | J | A | |
| 110. | A | Dividend | J | T | Buy | 06/11 | J | | |
| 111. Lloyds TSB Group PLC 2 | A | Dividend | J | T | | | | | |
| 112. | A | Dividend | J | T | | | | | |
| 113. | A | Dividend | J | T | Buy | 06/11 | J | | |
| 114. Pfizer Incorporated 2 | A | Dividend | J | T | | | | | |
| 115. | A | Dividend | J | T | | | | | |
| 116. | A | Dividend | J | T | | | | | |
| 117. | A | Dividend | J | T | Buy | 01/08 | J | | |
| 118. | A | Dividend | J | T | Buy | 01/09 | J | | |
| 119. | A | Dividend | J | T | Buy | 06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Telecom Italia SPA New 2 | A | Dividend | J | T | | | | | |
| 121. | A | Dividend | J | T | | | | | |
| 122. | A | Dividend | J | T | Buy | 06/11 | J | | |
| 123. Telstra Corporation Limited 2 | A | Dividend | J | T | | | | | |
| 124. | A | Dividend | J | T | Buy | 06/11 | J | | |
| 125. US Bancorp Del Com New 2 | A | Dividend | J | T | | | | | |
| 126. | A | Dividend | J | T | | | | | |
| 127. | A | Dividend | J | T | | | | | |
| 128. | A | Dividend | J | T | | | | | |
| 129. | A | Dividend | J | T | | | | | |
| 130. | A | Dividend | J | T | Buy | 04/02 | J | | |
| 131. | A | Dividend | J | T | Buy | 04/30 | J | | |
| 132. | A | Dividend | J | T | Buy | 06/11 | J | | |
| 133. Unilever PLC 2 | A | Dividend | | | Sold | 03/14 | J | A | |
| 134. | A | Dividend | | | Sold | 03/14 | J | A | |
| 135. Verison Communication 2 | A | Dividend | | | Sold | 07/10 | J | A | |
| 136. | A | Dividend | | | Sold | 07/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | A | Dividend | | | Sold | 07/10 | J | A | |
| 138. | A | Dividend | | | Buy | 06/14 | J | | |
| 139. | | | | | Sold | 07/10 | J | A | |
| 140. Wachovia Corporation 2nd New 2 | A | Dividend | J | T | | | | | |
| 141. | A | Dividend | J | T | Buy | 02/20 | J | | |
| 142. | A | Dividend | J | T | Buy | 07/31 | J | | |
| 143. Washington Mutual Incorporated 2 | A | Dividend | | | Sold | 10/24 | J | A | |
| 144. | A | Dividend | | | Buy | 06/14 | J | | |
| 145. | | | | | Sold | 10/24 | J | A | |
| 146. | A | Dividend | | | Buy | 03/07 | J | | |
| 147. | | | | | Sold | 10/24 | J | A | |
| 148. | A | Dividend | | | Buy | 02/23 | J | | |
| 149. | | | | | Sold | 10/24 | J | A | |
| 150. | A | Dividend | | | Buy | 02/09 | J | | |
| 151. | | | | | Sold | 10/24 | J | A | |
| 152. Weyerhaeuser Company 2 | A | Dividend | | | Sold | 03/07 | J | A | |
| 153. | A | Dividend | | | Sold | 03/07 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Brandywine realty Tr Sh Ben Int 2 | A | Dividend | | | Sold | 02/15 | J | A | |
| 155. | A | Dividend | | | Sold | 02/20 | J | A | |
| 156. Health Care Reit Incorporated 2 | A | Distribution | | | Sold | 04/05 | J | A | |
| 157. Lexinton Corporation PPTYS Tr 2 | A | Dividend | | | Sold | 04/05 | J | A | |
| 158. | A | Dividend | | | Sold | 08/29 | J | A | |
| 159. | A | Dividend | | | Sold | 08/30 | J | A | |
| 160. RJ Bank Deposit Program(X) 2 | A | Dividend | J | T | | | | | |
| 161. MacQuarie Infrastructure 2 | A | Dividend | | | Buy | 03/02 | J | | |
| 162. | | | | | Sold | 09/13 | J | A | |
| 163. | | | | | Sold | 09/13 | J | A | |
| 164. Citigroup Incorporated 2 | A | Dividend | | | Buy | 03/14 | J | | |
| 165. | A | Dividend | | | Buy | 08/29 | J | | |
| 166. | | | | | Sold | 11/14 | J | A | |
| 167. Travelcenters of America LLC 2 (Stock Dividend from Hospital | A | Dividend | | | Sold | 02/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Held in ██████ self directed IRA with American Skandia
2) Self directed IRA

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544